No. 02–10602. Arias v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–1471. Wright v. EMC Mortgage Corp. et al. Ct. App. Tex., 5th Dist. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 02–1507. Torromeo et al. v. Town of Fremont, New Hampshire. Sup. Ct. N. H. Motions of Pacific Legal Foundation and Defenders of Property Rights for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 02–7099. Ogunde v. Johnson, Director, Virginia Department of Corrections, 537 U. S. 1076;

No. 02–7635. Cahn v. United States et al., 537 U. S. 1234;

No. 02–8385. Franklin v. Henson et al., 537 U. S. 1219;

No. 02–8458. Padilla v. United States, 537 U. S. 1220;

No. 02–8865. Jenkins v. Universal American Mortgage Corp., 538 U. S. 963;

No. 02–8973. Pack v. Rumsfeld, Secretary of Defense, 538 U. S. 951;

No. 02–9092. Payne v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, 538 U. S. 985;

No. 02–9243. Shivers v. United States, 538 U. S. 955;

No. 02–9432. Woodfin v. Johnson, Director, Virginia Department of Corrections, 538 U. S. 990; and

No. 02–9470. Brannic v. United States District Court for the Middle District of Florida, 538 U. S. 991. Petitions for rehearing denied.

June 10, 2003

No. 02–11011 (02A1036). Trueblood v. Indiana. Sup. Ct. Ind. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Certiorari denied.